UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOSH MADAN,<br><br>                    Plaintiff,<br>v.<br><br>BAKER, SANDERS LLC et al.,<br><br>                    Defendants. | Case No. 13cv77-H (BLM)<br><br>**ORDER VACATING SETTLEMENT DISPOSITION CONFERENCE** |

A joint motion for dismissal has been filed in this case. The settlement disposition conference scheduled for October 29, 2013 at 9:00 a.m. is hereby vacated.

**IT IS SO ORDERED.**

DATED: October 25, 2013

*Barbara L. Major* (signature)

BARBARA L. MAJOR
United States Magistrate Judge